The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA HYATT; MICHAEL PHILLIPS; SHANNON GRODA; and JOSHUA FORREST,<br><br>                         Plaintiffs,<br><br>   v.<br><br>STUDENT LOAN XPRESS, INC., a Delaware Corporation; LIBERTY BANK, N.A., an Ohio Corporation; AMERICAN EDUCATION SERVICES, a Pennsylvania Corporation; and DOE LOAN COMPANY I-V,<br><br>                         Defendants. | No. C09-1324-TSZ<br><br>**DEFENDANT AMERICAN EDUCATION SERVICES' ANSWER TO COMPLAINT** |

      Defendant American Education Services ("AES") hereby answers the Plaintiffs' complaint as follows.

      1-4.    Denied.  Answering Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of Paragraphs 1 through 4.

      5.    This allegation is directed to a Defendant other than Answering Defendant; therefore, no answer is required.

      6.    Denied.  Defendant American Education Services is a fictitious name that was used by the Pennsylvania Higher Education Assistance Agency, which is an agency of and on behalf of the Commonwealth of Pennsylvania.

DEFENDANT AMERICAN EDUCATION SERVICES' ANSWER TO COMPLAINT (No. C09-1324-TSZ) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

SL1 952863v1/061701.00120

7. This allegation is directed to a Defendant other than the Answering Defendant; therefore, no answer is required.

8. Denied. Answering Defendant is without information or knowledge sufficient to form a belief as to the allegations of paragraph 8.

9. Admitted.

10. Denied. As to Answering Defendant, denied. With respect to the other Defendants, Answering Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 10.

11. Denied.

12-14. Denied. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 12 through 14.

15. Denied. Answering Defendant denies having its representatives and/or agents meet with and/or communicate with Plaintiffs as alleged in paragraph 15. Answering Defendant is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations of paragraph 15.

16. Denied. Answering Defendant denies that its representatives and/or agents communicated with Plaintiffs as alleged in paragraph 16. Answering Defendant is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations of paragraph 16.

17. Denied. Except for having possession of the signed loan documents, Answering Defendant denies that its representatives and/or agents acted in the manner as alleged in paragraph 17. Answering Defendant is without information or knowledge sufficient to form a belief as to the remaining allegations of paragraph 17.

18. Denied. As to Answering Defendant, denied. Answering Defendant is without information or knowledge sufficient to form a belief as to the remaining allegations of paragraph 18.

DEFENDANT AMERICAN EDUCATION SERVICES' ANSWER TO COMPLAINT (No. C09-1324-TSZ) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

SL1 952863v1/061701.00120

19. Denied. Answering Defendant is without information or knowledge sufficient to form a belief as to what and when Plaintiffs learned as alleged in paragraph 19. Answering Defendant is without information or knowledge sufficient to form a belief as to the remaining allegations of paragraph 19.

20. Denied. Without more specific information about Plaintiffs' contacts with Answering Defendant, Answering Defendant is without information or knowledge sufficient to form a belief as to this allegation with respect to the Answering Defendant. Answering Defendant is without information or knowledge sufficient to form a belief as to the remaining allegations of paragraph 20.

## CAUSE OF ACTION

21. Answering Defendant incorporates by reference its answers to all the allegations contained in paragraphs 1 through 20 above.

22-24. Denied.

WHEREFORE, Answering Defendant demands judgment in its favor together with costs and attorneys' fees.

## AFFIRMATIVE DEFENSES

1. Plaintiffs' claims may be barred by the applicable statutes of limitations and/or laches.

## PRAYER FOR RELIEF

Answering Defendant hereby prays for relief as follows:

1. Dismissal of Plaintiffs' complaint with prejudice and an award to Answering Defendant of its attorneys' fees and costs incurred herein, and

2. Any other and further relief as the Court deems just and equitable.

DEFENDANT AMERICAN EDUCATION SERVICES' ANSWER TO COMPLAINT (No. C09-1324-TSZ) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

SL1 952863v1/061701.00120

1     DATED this 7th day of October, 2009.

2                                 BYRNES & KELLER LLP

3

4                             By /s/ Christina L. Haring-Larson
                                 Bradley S. Keller, WSBA #10665

5                                  Christina L. Haring-Larson, WSBA #30121
                                 1000 Second Avenue, 38th Floor

6                                  Seattle, WA  98104-4082
                                 Telephone:   (206) 622-2000

7                                  Facsimile:    (206) 622-2522
                                 bkeller@byrneskeller.com

8                                  charing@byrneskeller.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT AMERICAN EDUCATION SERVICES' ANSWER
TO COMPLAINT (No. C09-1324-TSZ) - 4

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

SL1 952863v1/061701.00120

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 7th day of October, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patrick J. Kang
Premier Law Group PLLC
pkang@plg-pllc.com, alicia@plg-pllc.com, carrie@plg-pllc.com
*Attorneys for Plaintiffs*

Troy D. Greenfield
Connie Sue Manos Martin
Bullivant Houser Bailey
conniesue.martin@bullivant.com, tracy.horan@bullivant.com,
troy.greenfield@bullivant.com, barbara.bratton@bullivant.com
*Attorneys for Defendant Student Loan Xpress, Inc.*

Robert C. Manlowe
Michael I. White
Williams, Kastner & Gibbs
mwhite@williamskastner.com, dhutchings@williamskastner.com, bmanlowe@wkg.com
*Attorneys for Defendant Liberty Bank NA*

/s/ Christina L. Haring Larson, WSBA #30121
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
charing@byrneskeller.com

DEFENDANT AMERICAN EDUCATION SERVICES' ANSWER TO COMPLAINT (No. C09-1324-TSZ) - 5

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

SL1 952863v1/061701.00120