THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA HYATT; MICHAEL PHILLIPS; SHANNON GRODA; and JOSHUA FORREST,<br><br>    Plaintiffs,<br><br>v.<br><br>STUDENT LOAN XPRESS, INC., a Delaware Corporation; LIBERTY BANK, N.A., an Ohio Corporation; AMERICAN EDUCATION SERVICES, a Pennsylvania Corporation; and DOE LOAN COMPANY I-V,<br><br>    Defendants. | No.: C09-1324-TSZ<br><br>STIPULATION AND PROPOSED ORDER TO STAY ACTION PENDING APPROVAL OF NATIONWIDE CLASS ACTION SETTLEMENT |
| STUDENT LOAN XPRESS, INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>MELISSA HYATT; MICHAEL PHILLIPS; SHANNON GRODA; and JOSHUA FORREST,<br><br>    Counter-Defendants. | |

STIPULATION AND PROPOSED ORDER TO STAY — Page 1

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

LA1 1672734v.1

1.       Defendants Student Loan Xpress, Inc. ("SLX"), Liberty Bank, N.A. and American Education Services, which is the fictitious name of the Pennsylvania Higher Education Assistance Agency (collectively, "Defendants"), and Plaintiffs Melissa Hyatt, Michael Phillips, Shannon Groda, and Joshua Forrest (collectively, "Plaintiffs") hereby respectfully move for and request a stay of these proceedings pending preliminary and final approval of a related nationwide class action settlement (the "Nationwide Settlement") pending in the United States District Court for the Middle District of Florida (*Holman et al. v. Student Loan Xpress, Inc.*, Case No. Case No. 8:08-cv-100305, filed February 13, 2008) (the "Florida Action"). This stipulated request is made on the following grounds:

2.       This action was removed to this Court on September 18, 2009.

3.       The Complaint asserts claims on behalf of certain student-borrowers who attended a helicopter school – Silver State Helicopters, LLC ("Silver State") – which ceased operations and filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, in the United States District Court for the District of Nevada in February 2008.

4.       Silver State is not a party to this action, but rather, the Complaint asserts a claim against Defendants who hold, service, originated, and/or funded the loans taken out by Plaintiffs to finance their education at Silver State.

5.       This action is the latest in a series of actions filed against SLX (and in some instances, the other Defendants) relating to the closure and bankruptcy of Silver State and Silver State's business practices.  The other actions include a nationwide putative class action in the Florida Action, a California-only putative class action in the Northern District of California (the "California Action"), and a South Carolina-only putative class action in the United States District Court for South Carolina (the "South Carolina Action").

6.       On October 27, 2009, Defendant SLX, plaintiffs' counsel in the Florida Action, and plaintiffs' counsel in the California Action filed a joint motion for preliminary

STIPULATION AND PROPOSED ORDER TO STAY         Page 2         Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

LA1 1672734v.1

approval of the Nationwide Settlement in the Florida Action. If approved, the Nationwide Settlement would, among other things, resolve the claims asserted against all the Defendants in this action. Plaintiffs will be eligible to participate in Nationwide Settlement.

7. The Nationwide Settlement provides substantial relief to putative class members in the form of debt forgiveness and other benefits. It is supported by Attorneys General for twelve states, including Robert McKenna, the Attorney General of the State of Washington.

8. Concurrent with their motion seeking preliminary approval of the Nationwide Settlement, the parties in the Florida Action submitted a joint motion to enjoin related actions in state or federal court – including this action – pending final approval of the Nationwide Settlement.

9. The motion for preliminary approval in the Florida Action is pending. Upon receiving preliminary approval, the parties will provide notification to the class and will proceed towards final approval. The final approval hearing in the Florida Action is likely to occur in March 2010.

10. In light of the Nationwide Settlement and the pending motion for a preliminary injunction in the Florida Action that would enjoin the prosecution of this action pending final approval of the Nationwide Settlement, the parties to this action jointly request a stay of all litigation activity until thirty (30) days after the District Court in the Florida Action rules on a motion for final approval of the Nationwide Settlement. The parties further agree that a stay of litigation will conserve private and judicial resources, as the Nationwide Settlement may eliminate any need for litigation in this action.

11. Pursuant to the terms of the Nationwide Settlement, the California Action has been dismissed without prejudice as to Defendants SLX and American Education Services (Defendant Liberty Bank was not a party in the California Action). Further, the South Carolina action has been stayed in light of the Nationwide Settlement.

STIPULATION AND PROPOSED ORDER TO STAY        Page 3        Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

LA1 1672734v.1

12. Defendants have answered the Complaint in this action. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and a Combined Joint Status Report and Discovery Plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule CR 16 currently are due on November 23, 2009. There are no other pending deadlines.

13. The parties shall submit a status report within sixty (60) days from the date of entry of an order approving the stipulated stay. The status report will advise the Court of the progress of the Nationwide Settlement.

14. A proposed order is attached hereto.

DATED: November 16, 2009

BULLIVANT HOUSER BAILEY PC

By /s/ Connie Sue Martin
Troy D. Greenfield, WSBA #21578
E-Mail: troy.greenfield@bullivant.com
Connie Sue Martin, WSBA #26525
E-Mail: conniesue.martin@bullivant.com

Attorneys for Defendant Student Loan Xpress, Inc.

WILLIAMS, KASTNER & GIBBS PLLC

By /s/ Connie Sue Martin, with permission
Michael I. White, WSBA #35409
E-Mail: mwhite@williamskastner.com
Robert C. Manlowe, WSBA #14438
E-Mail: bmanlowe@williamskastner.com

Attorneys for Defendant Liberty Bank, N.A.

STIPULATION AND PROPOSED ORDER TO STAY   Page 4   Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

LA1 1672734v.1

BYRNES & KELLER LLP

By /s/ Connie Sue Martin, with permission
Christina L. Haring-Larson, WSBA #30121
E-Mail: charing@byrneskeller.com
Bradley S. Keller, WSBA #10665
E-Mail: bkeller@byrneskeller.com

Attorneys for Defendant American Education Services

PREMIER LAW GROUP

By /s/ Connie Sue Martin, with permission
Patrick J. Kang, WSBA #30726
E-Mail: pkang@plg-pllc.com

Attorneys for Plaintiffs

---

STIPULATION AND PROPOSED ORDER TO STAY         Page 5

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

LA1 1672734v.1

|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |    |
| 8  |    |    |
| 9  | MELISSA HYATT; MICHAEL PHILLIPS; SHANNON GRODA; and JOSHUA FORREST, | No.: C09-1324-TSZ |
| 10 |    |    |
| 11 | Plaintiffs, | PROPOSED ORDER TO STAY ACTION PENDING APPROVAL OF NATIONWIDE CLASS ACTION SETTLEMENT |
| 12 | v. |    |
| 13 | STUDENT LOAN XPRESS, INC., a Delaware Corporation; LIBERTY BANK, N.A., an Ohio Corporation; AMERICAN EDUCATION SERVICES, a Pennsylvania Corporation; and DOE LOAN COMPANY I-V, |    |
| 14 |    |    |
| 15 |    |    |
| 16 |    |    |
|    | Defendants. |    |
| 17 | STUDENT LOAN XPRESS, INC., |    |
| 18 |    |    |
|    | Counterclaimant, |    |
| 19 |    |    |
|    | v. |    |
| 20 |    |    |
| 21 | MELISSA HYATT; MICHAEL PHILLIPS; SHANNON GRODA; and JOSHUA FORREST, |    |
| 22 |    |    |
|    | Counter-Defendants. |    |
| 23 |    |    |
| 24 |    |    |
| 25 |    |    |
| 26 |    |    |

STIPULATION AND PROPOSED ORDER TO STAY     Page 1     Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930

LA1 1672734v.1

1  This matter comes before the Court upon the parties' stipulation and proposed
2  order to stay of all litigation activity pending approval of a nationwide class settlement by the
3  Honorable Steven D. Merryday in the United States District Court for the Middle District of
4  Florida in *Holman et al. v. Student Loan Xpress, Inc.*, Case No. Case No. 8:08-cv-100305
5  (filed February 13, 2008) (the "Florida Action").  The Court finds good cause to grant a stay.
6  Therefore, all litigation activity in this action shall be stayed until thirty (30) days after the
7  District Court in the Florida Action rules on a motion for final approval of the nationwide
8  class action settlement.  The Court orders the parties to advise of the progress of the
9  nationwide settlement in the Florida Action by filing a written report no later than sixty (60)
10 days from the date of entry of this order.

**IT IS SO ORDERED**

Date: November ___, 2009

_____
Hon. Thomas S. Zilly
United States District Court
West District of Washington

12140861.1

STIPULATION AND PROPOSED ORDER TO STAY                    Page 2

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

LA1 1672734v.1